**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MECHER, JACK J  §  Case No. 08-06864-BWB
   MECHER, JENNIFER  §
            §
Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S DEARBORN STREET
 7TH FLOOR
 CHICAGO, IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/18/2013 in Courtroom  , United States Courthouse,
JOLIET CITY HALL
150 W. JEFFERSON
2ND FLOOR
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/11/2012          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                   Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MECHER, JACK J § | Case No. 08-06864-BWB |
| MECHER, JENNIFER § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,250.07 |
| *and approved disbursements of* | $ 279.60 |
| *leaving a balance on hand of* [1] | $ 5,970.47 |
| **Balance on hand:** | $ 5,970.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,970.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 850.00 | 0.00 | 850.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 50.75 | 0.00 | 50.75 |
| Charges, U.S. Bankruptcy Court | 150.00 | 0.00 | 150.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,050.75 |
| Remaining balance: | $ 1,919.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,919.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,919.72

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 172,847.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank / DFS Services LLC | 6,566.83 | 0.00 | 72.93 |
| 2 | Discover Bank / DFS Services LLC | 13,760.12 | 0.00 | 152.83 |
| 3 | Fifth Third Bank | 10,521.79 | 0.00 | 116.86 |
| 4 -2 | CHASE BANK USA, NA | 6,433.16 | 0.00 | 71.45 |
| 5 -2 | CHASE BANK USA, NA | 25,180.83 | 0.00 | 279.67 |
| 6 -2 | CHASE BANK USA, NA | 12,986.16 | 0.00 | 144.23 |
| 7 | PYOD LLC its successors and assigns as assignee of | 25,472.25 | 0.00 | 282.90 |
| 8 | PYOD LLC its successors and assigns as assignee of | 33,539.70 | 0.00 | 372.51 |
| 9 | American Express Centurion Bank | 4,086.54 | 0.00 | 45.39 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | American Express Bank FSB | 1,268.47 | 0.00 | 14.09 |
| 11 | American Express Centurion Bank | 33,031.45 | 0.00 | 366.86 |

Total to be paid for timely general unsecured claims: $ 1,919.72
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 08-06864-BWB
Jack J Mecher                                                          Chapter 7
Jennifer L Mecher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer          Page 1 of 3          Date Rcvd: Dec 12, 2012
                              Form ID: pdf006        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2012.
```
db/jdb      +Jack J Mecher,   Jennifer L Mecher,   22541 Merritton Rd,   Frankfort, IL 60423-5162
12071019    +American Express,   P O Box 1000,   Los Angeles, CA 90096-0001
12071020     American Express,   P O Box 0002,   Chicago, IL 60679-0002
12407983     American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12395282     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12071022     Bank One,   P O box 15153,   Wilmington, DE 19886-5153
14349606     CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12071023     Capital One,   P O Box 790216,   Saint Louis, MO 63179-0216
12071025     Chase,   P O Box 15298,   Wilmington, DE 19850-5298
12071027     Citi,   P O Box 688912,   Des Moines, IA 50386
12071029    +Country,   P O Box 15153,   Wilmington, DE 19886-5153
12071032    +E M C Mortgage,   P O Box 293150,   Lewisville, TX 75029-3150
12071033    +Fifth Third Bank,   P O Box 740789,   Cincinnati, OH 45274-0789
12295164    +Fifth Third Bank,   Attn: Bankruptcy Department/MD#ROPS05,   1850 E Paris SE,
              Grand Rapids MI 49546-6210
12071035    +GMAC Mortgage,   P O Box4622,   Waterloo, IA 50704-4622
12071039    +Linnda Mazza,   19524 116th,   Mokena, IL 60448-1830
12071040     OCWEN Mortgage,   P O Box 785056,   Frankfort, IL 60423
12150643    +The Walden Group,   Attorney: Noonan & Lieberman,   105 W. Adams, Suite 3000,
              Chicago, IL 60603-6228
12277423    +Walden,   680 S Ridge Ave,   Lake Forest IL 60045-2752
12071042     Washington Mutual,   P O Box 9001879,   Louisville, KY 40290-1879
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12339020    +E-mail/Text: bncmail@w-legal.com Dec 13 2012 04:17:32     CHASE BANK USA,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12071030     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2012 02:20:08     Discover,   PO Box 30395,
              Salt Lake City, UT 84130
12275568    +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2012 02:20:08
              Discover Bank / DFS Services LLC,   POB 3025,   New Albany Ohio 43054-3025
12373832     E-mail/Text: resurgentbknotifications@resurgent.com Dec 13 2012 01:57:51
              PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12071041     Regions Mortgage
12071021*    American Express,   P O Box 0002,   Chicago, IL 60679-0002
12407984*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12071024*    Capital One,   P O Box 790216,   Saint Louis, MO 63179-0216
12071026*    Chase,   P O Box 15298,   Wilmington, DE 19850-5298
12071028*    Citi,   P O Box 688912,   Des Moines, IA 50386
12071031*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court: Discover,   PO Box 30395,   Salt Lake City, UT 84130)
12071034*   +Fifth Third Bank,   P O Box 740789,   Cincinnati, OH 45274-0789
12071036*   +GMAC Mortgage,   P O Box4622,   Waterloo, IA 50704-4622
12071037*   +GMAC Mortgage,   P O Box4622,   Waterloo, IA 50704-4622
12071038*   +GMAC Mortgage,   P O Box4622,   Waterloo, IA 50704-4622
                                                                                   TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: tmaurer              Page 2 of 3            Date Rcvd: Dec 12, 2012
                               Form ID: pdf006            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2012**                        **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1           User: tmaurer              Page 3 of 3                   Date Rcvd: Dec 12, 2012
                               Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2012 at the address(es) listed below:

```
          Brian D Johnson    on behalf of Trustee Thomas B Sullivan briandjohnson80@hotmail.com
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David P Lloyd    on behalf of Plaintiff Thomas B Sullivan courtdocs@davidlloydlaw.com
          David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
          John M Babbington    on behalf of Defendant Jack  Mecher broker44@sbcglobal.net
          John M Babbington    on behalf of Joint Debtor Jennifer L Mecher broker44@sbcglobal.net
          John M Babbington    on behalf of Debtor Jack J Mecher broker44@sbcglobal.net
          Jose G Moreno    on behalf of Creditor    GMAC MORTGAGE LLC nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    WASHINGTON MUTUAL BANK ND-Two@il.cslegal.com
          Steven C Lindberg    on behalf of Creditor    US Bank National Association bankruptcy@fallaw.com
          Thomas B Sullivan    tsullivan@innovalaw.com,   IL19@ecfcbis.com
                                                                                             TOTAL: 12
```