# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MECHER, JACK J  § Case No. 08-06864-BWB
       MECHER, JENNIFER  §
                         §
Debtor(s)                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $161,570.00  *(without deducting any secured claims)* | Assets Exempt:  $1,033,622.00 |
| Total Distribution to Claimants: $1,944.72 | Claims Discharged Without Payment: $170,902.58 |
| Total Expenses of Administration: $4,305.35 | |

    3) Total gross receipts of $ 6,250.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,250.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,647.86 | 4,305.35 | 4,305.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 172,847.30 | 172,847.30 | 1,944.72 |
| **TOTAL DISBURSEMENTS** | $0.00 | $180,495.16 | $177,152.65 | $6,250.07 |

    4) This case was originally filed under Chapter 7 on March 22, 2008. The case was pending for 59 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2013     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| NOTES RECEIVABLE POSSIBLY SECURED BY REAL ESTATE | 1221-000 | 6,250.00 |
| Interest Income | 1270-000 | 0.07 |
| **TOTAL GROSS RECEIPTS** | | **$6,250.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,375.01 | 850.00 | 850.00 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 150.00 | 150.00 | 150.00 |
| INNOVALAW, PC | 3110-000 | N/A | 5,792.50 | 2,975.00 | 2,975.00 |
| INNOVALAW, PC | 3120-000 | N/A | 50.75 | 50.75 | 50.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 4.60 | 4.60 | 4.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,647.86 | $4,305.35 | $4,305.35 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank / DFS Services LLC | 7100-000 | N/A | 6,566.83 | 6,566.83 | 73.88 |
| 2 | Discover Bank / DFS Services LLC | 7100-000 | N/A | 13,760.12 | 13,760.12 | 154.82 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Fifth Third Bank | 7100-000 | N/A | 10,521.79 | 10,521.79 | 118.38 |
| 4 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 6,433.16 | 6,433.16 | 72.38 |
| 5 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 25,180.83 | 25,180.83 | 283.31 |
| 6 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 12,986.16 | 12,986.16 | 146.11 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 25,472.25 | 25,472.25 | 286.59 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 33,539.70 | 33,539.70 | 377.36 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 4,086.54 | 4,086.54 | 45.98 |
| 10 | American Express Bank FSB | 7100-000 | N/A | 1,268.47 | 1,268.47 | 14.27 |
| 11 | American Express Centurion Bank | 7100-000 | N/A | 33,031.45 | 33,031.45 | 371.64 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $172,847.30 | $172,847.30 | $1,944.72 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-06864-BWB  
**Case Name:** MECHER, JACK J  
                 MECHER, JENNIFER  
**Period Ending:** 03/15/13

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/22/08 (f)  
**§341(a) Meeting Date:** 06/03/08  
**Claims Bar Date:** 08/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 22541 MERRITTON ROAD, FRANKFORT, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | 19524 D 116TH AVENUE, MOKENA, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 3 | 19211 BROMPTON CT | 400,000.00 | 0.00 | | 0.00 | FA |
| 4 | 11625 HIDDEN VALLUE, ORLAND PARK | 500,000.00 | 0.00 | | 0.00 | FA |
| 5 | 8045 DOBSON, CHICAGO, IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 6 | HARRIS BANK FRANKFORT | 300.00 | 0.00 | | 0.00 | FA |
| 7 | FURNITURE & HOUSEHOLD | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 9 | FIDELITY IRA | 3,690.00 | 0.00 | | 0.00 | FA |
| 10 | MORTGAGE ON 309 OGLESBY CALUMET CITY | 23,000.00 | 0.00 | | 0.00 | FA |
| 11 | A/R ROBERT NELSON | 150,000.00 | 150,000.00 | DA | 0.00 | FA |
| 12 | INCOME TAX REBATE | 1,800.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 FORD WINDSTAR | 5,460.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2003 TOYOTA CAMRY | 6,110.00 | 0.00 | DA | 0.00 | FA |
| 15 | NOTES RECEIVABLE POSSIBLY SECURED BY REAL ESTATE  (u) | Unknown | Unknown | | 6,250.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.07 | FA |
| 16 | Assets  Totals (Excluding unknown values) | $2,081,860.00 | $150,000.00 | | $6,250.07 | $0.00 |

**Major Activities Affecting Case Closing:**

    PURSUING COLLECTION OF RECEIVABLE ON MORTGAGE; COLLECTING NOTE RECEIVABLE SANCTIONS AND PAYMENT OF UNSECURED CLAIM THROUGH MORTGAGORS' CHAPTER 13; FINAL HEARING SET FOR 1/18/13

**Initial Projected Date Of Final Report (TFR):**     December 31, 2009          **Current Projected Date Of Final Report (TFR):**     December 11, 2012  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-06864-BWB
**Case Name:** MECHER, JACK J
MECHER, JENNIFER
**Taxpayer ID #:** **-***2699
**Period Ending:** 03/15/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****660665 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,970.47 | | 5,970.47 |
| 01/23/13 | 11002 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $850.00, Trustee Compensation;  Reference: | 2100-000 | | 850.00 | 5,120.47 |
| 01/23/13 | 11003 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 150.00 | 4,970.47 |
| 01/23/13 | 11004 | INNOVALAW, PC | Dividend paid 100.00% on $2,975.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,975.00 | 1,995.47 |
| 01/23/13 | 11005 | INNOVALAW, PC | Dividend paid 100.00% on $50.75, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 50.75 | 1,944.72 |
| 01/23/13 | 11006 | Discover Bank / DFS Services LLC | Dividend paid   1.12% on $6,566.83; Claim# 1; Filed: $6,566.83; Reference: | 7100-000 | | 73.88 | 1,870.84 |
| 01/23/13 | 11007 | Discover Bank / DFS Services LLC | Dividend paid   1.12% on $13,760.12; Claim# 2; Filed: $13,760.12; Reference: | 7100-000 | | 154.82 | 1,716.02 |
| 01/23/13 | 11008 | Fifth Third Bank | Dividend paid   1.12% on $10,521.79; Claim# 3; Filed: $10,521.79; Reference: | 7100-000 | | 118.38 | 1,597.64 |
| 01/23/13 | 11009 | CHASE BANK USA, NA | Dividend paid   1.12% on $6,433.16; Claim# 4 -2; Filed: $6,433.16; Reference: | 7100-000 | | 72.38 | 1,525.26 |
| 01/23/13 | 11010 | CHASE BANK USA, NA | Dividend paid   1.12% on $25,180.83; Claim# 5 -2; Filed: $25,180.83; Reference: | 7100-000 | | 283.31 | 1,241.95 |
| 01/23/13 | 11011 | CHASE BANK USA, NA | Dividend paid   1.12% on $12,986.16; Claim# 6 -2; Filed: $12,986.16; Reference: | 7100-000 | | 146.11 | 1,095.84 |
| 01/23/13 | 11012 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.12% on $25,472.25; Claim# 7; Filed: $25,472.25; Reference: | 7100-000 | | 286.59 | 809.25 |
| 01/23/13 | 11013 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.12% on $33,539.70; Claim# 8; Filed: $33,539.70; Reference: | 7100-000 | | 377.36 | 431.89 |
| 01/23/13 | 11014 | American Express Centurion Bank | Dividend paid   1.12% on $4,086.54; Claim# 9; Filed: $4,086.54; Reference: | 7100-000 | | 45.98 | 385.91 |
| 01/23/13 | 11015 | American Express Bank FSB | Dividend paid   1.12% on $1,268.47; Claim# 10; Filed: $1,268.47; Reference: | 7100-000 | | 14.27 | 371.64 |
| 01/23/13 | 11016 | American Express Centurion Bank | Dividend paid   1.12% on $33,031.45; Claim# 11; Filed: $33,031.45; Reference: | 7100-000 | | 371.64 | 0.00 |

| | | | | ACCOUNT TOTALS | 5,970.47 | 5,970.47 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 5,970.47 | 0.00 | |
| | | | | **Subtotal** | **0.00** | **5,970.47** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$0.00** | **$5,970.47** | |

{} Asset reference(s)

Printed: 03/15/2013 11:43 AM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-06864-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MECHER, JACK J | | Bank Name: | The Bank of New York Mellon |
| | MECHER, JENNIFER | | Account: | 9200-******19-65 - Checking Account |
| Taxpayer ID #: | **-***2699 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/15/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/11 | {15} | JACK MECHER | TURNOVER PER ORDER OF 3/11/11 | 1221-000 | 5,250.00 | | 5,250.00 |
| 12/28/11 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,350.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,350.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,325.03 |
| 01/26/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,425.03 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,425.07 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,400.07 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #08-06864, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 4.60 | 5,395.47 |
| 02/28/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,495.47 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,470.47 |
| 03/28/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,570.47 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,545.47 |
| 04/26/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,645.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,620.47 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,595.47 |
| 06/05/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,695.47 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,670.47 |
| 07/03/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,770.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,745.47 |
| 08/03/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 200.00 | | 5,945.47 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,920.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,895.47 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,870.47 |
| 11/05/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,970.47 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 5,970.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,250.07 | 6,250.07 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,970.47 | |
| | | | **Subtotal** | | 6,250.07 | 279.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,250.07** | **$279.60** | |

{} Asset reference(s)    Printed: 03/15/2013 11:43 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** | 08-06864-BWB |
| **Case Name:** | MECHER, JACK J |
| | MECHER, JENNIFER |
| **Taxpayer ID #:** | **-***2699 |
| **Period Ending:** | 03/15/13 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******19-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****660665** | 0.00 | 5,970.47 | 0.00 |
| **Checking # 9200-******19-65** | 6,250.07 | 279.60 | 0.00 |
| **Checking # 9200-******19-66** | 0.00 | 0.00 | 0.00 |
| | **$6,250.07** | **$6,250.07** | **$0.00** |

_____
March 15, 2013
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE
_____
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)    Printed: 03/15/2013 11:43 AM    V.13.11