# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MECHER, JACK J | § | Case No. 08-06864-BWB |
| MECHER, JENNIFER | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2008.  The undersigned trustee was appointed on March 22, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $            12,781.65

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 1,944.72 |
| Administrative expenses | 4,036.57 |
| Bank service fees | 275.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]           $ | 6,525.36 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was 08/25/2008 and the deadline for filing governmental claims was 09/18/2008.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,028.17.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $850.00 as interim compensation and now requests the sum of $653.16, for a total compensation of $1,503.16.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/02/2015          By:/s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-06864-BWB | **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** MECHER, JACK J | **Filed (f) or Converted (c):** 03/22/08 (f) |
| MECHER, JENNIFER | **§341(a) Meeting Date:** 06/03/08 |
| **Period Ending:** 10/02/15 | **Claims Bar Date:** 08/25/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 22541 MERRITTON ROAD, FRANKFORT, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | 19524 D 116TH AVENUE, MOKENA, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 3 | 19211 BROMPTON CT | 400,000.00 | 0.00 | | 0.00 | FA |
| 4 | 11625 HIDDEN VALLUE, ORLAND PARK | 500,000.00 | 0.00 | | 0.00 | FA |
| 5 | 8045 DOBSON, CHICAGO, IL | 350,000.00 | 0.00 | | 0.00 | FA |
| 6 | HARRIS BANK FRANKFORT | 300.00 | 0.00 | | 0.00 | FA |
| 7 | FURNITURE & HOUSEHOLD | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 9 | FIDELITY IRA | 3,690.00 | 0.00 | | 0.00 | FA |
| 10 | MORTGAGE ON 309 OGLESBY CALUMET CITY | 23,000.00 | 0.00 | | 0.00 | FA |
| 11 | A/R ROBERT NELSON | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 12 | INCOME TAX REBATE | 1,800.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 FORD WINDSTAR | 5,460.00 | 0.00 | | 0.00 | FA |
| 14 | 2003 TOYOTA CAMRY | 6,110.00 | 0.00 | | 0.00 | FA |
| 15 | NOTES RECEIVABLE POSSIBLY SECURED BY REAL ESTATE  (u) | Unknown | Unknown | | 6,250.00 | FA |
| 16 | CLAIM FILED IN YVETTE SAPP BK CASE  (u) | 4,706.74 | 4,706.74 | | 6,531.58 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.07 | Unknown |
| 17 | **Assets     Totals** (Excluding unknown values) | **$2,086,566.74** | **$154,706.74** | | **$12,781.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

SUPPLEMENTAL DIST REPORT SENT TO US ON 9/29/15 FOR APPROVAL; ADDITIONAL FUNDS ARE BEING COLLECTED VIA THE ESTATE'S CLAIM IN A CHAPTER 13 CASE; THE TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE IS SET FOR 1/26/15; UPON DISMISSAL OR COMPLETION OF CHAPTER 13 THIS CASE WILL BE READY FOR A FINAL REPORT

PURSUING COLLECTION OF RECEIVABLE ON MORTGAGE; COLLECTING NOTE RECEIVABLE SANCTIONS AND PAYMENT OF UNSECURED CLAIM THROUGH MORTGAGORS' CHAPTER 13; FINAL HEARING SET FOR 1/18/13;  TDR FILED 3/27/13; CASE WAS BEEN REOPENED ON JANUARY 10, 2014 TO COLLECTED UNEXPECTED FUNDS FROM CLAIM IN CH 13 CASE; CURRENTLY COLLECTING FUNDS REGARDING SAME; SUPPLEMENTAL DISTRIBUTION TO FOLLOW WHEN FUNDS HAVE BEEN COLLECTED IN FULL;

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 08-06864-BWB | **Trustee:** (330180) | THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** MECHER, JACK J | **Filed (f) or Converted (c):** | 03/22/08 (f) |
| MECHER, JENNIFER | **§341(a) Meeting Date:** | 06/03/08 |
| **Period Ending:** 10/02/15 | **Claims Bar Date:** | 08/25/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009        **Current Projected Date Of Final Report (TFR):**    December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-06864-BWB |
| **Case Name:** | MECHER, JACK J |
| | MECHER, JENNIFER |
| **Taxpayer ID #:** | **-***2699 |
| **Period Ending:** | 10/02/15 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******19-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/11 | {15} | JACK MECHER | TURNOVER PER ORDER OF 3/11/11 | 1221-000 | 5,250.00 | | 5,250.00 |
| 12/28/11 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,350.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,350.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,325.03 |
| 01/26/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,425.03 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,425.07 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,400.07 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #08-06864, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 4.60 | 5,395.47 |
| 02/28/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,495.47 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,470.47 |
| 03/28/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,570.47 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,545.47 |
| 04/26/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,645.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,620.47 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,595.47 |
| 06/05/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,695.47 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,670.47 |
| 07/03/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,770.47 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,745.47 |
| 08/03/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 200.00 | | 5,945.47 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,920.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,895.47 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,870.47 |
| 11/05/12 | {15} | JACK MECHER | SETTLEMENT PAYMENT | 1221-000 | 100.00 | | 5,970.47 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 5,970.47 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **6,250.07** | **6,250.07** | **$0.00** |
| Less: Bank Transfers | 0.00 | 5,970.47 | |
| **Subtotal** | **6,250.07** | **279.60** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,250.07** | **$279.60** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-06864-BWB |
| Case Name: | MECHER, JACK J |
| | MECHER, JENNIFER |
| Taxpayer ID #: | **-***2699 |
| Period Ending: | 10/02/15 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******19-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/02/2015 08:15 AM    V.13.23

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-06864-BWB | |
| **Case Name:** | MECHER, JACK J | |
| | MECHER, JENNIFER | |
| **Taxpayer ID #:** | **-***2699 | |
| **Period Ending:** | 10/02/15 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0665 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,970.47 | | 5,970.47 |
| 01/23/13 | 11002 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $850.00, Trustee Compensation;  Reference: | 2100-000 | | 850.00 | 5,120.47 |
| 01/23/13 | 11003 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 150.00 | 4,970.47 |
| 01/23/13 | 11004 | INNOVALAW, PC | Dividend paid 100.00% on $2,975.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,975.00 | 1,995.47 |
| 01/23/13 | 11005 | INNOVALAW, PC | Dividend paid 100.00% on $50.75, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 50.75 | 1,944.72 |
| 01/23/13 | 11006 | Discover Bank / DFS Services LLC | Dividend paid  1.12% on $6,566.83; Claim# 1; Filed: $6,566.83; Reference: | 7100-000 | | 73.88 | 1,870.84 |
| 01/23/13 | 11007 | Discover Bank / DFS Services LLC | Dividend paid  1.12% on $13,760.12; Claim# 2; Filed: $13,760.12; Reference: | 7100-000 | | 154.82 | 1,716.02 |
| 01/23/13 | 11008 | Fifth Third Bank | Dividend paid  1.12% on $10,521.79; Claim# 3; Filed: $10,521.79; Reference: | 7100-000 | | 118.38 | 1,597.64 |
| 01/23/13 | 11009 | CHASE BANK USA, NA | Dividend paid  1.12% on $6,433.16; Claim# 4 -2; Filed: $6,433.16; Reference: | 7100-000 | | 72.38 | 1,525.26 |
| 01/23/13 | 11010 | CHASE BANK USA, NA | Dividend paid  1.12% on $25,180.83; Claim# 5 -2; Filed: $25,180.83; Reference: | 7100-000 | | 283.31 | 1,241.95 |
| 01/23/13 | 11011 | CHASE BANK USA, NA | Dividend paid  1.12% on $12,986.16; Claim# 6 -2; Filed: $12,986.16; Reference: | 7100-000 | | 146.11 | 1,095.84 |
| 01/23/13 | 11012 | PYOD LLC its successors and assigns as assignee of | Dividend paid  1.12% on $25,472.25; Claim# 7; Filed: $25,472.25; Reference: | 7100-000 | | 286.59 | 809.25 |
| 01/23/13 | 11013 | PYOD LLC its successors and assigns as assignee of | Dividend paid  1.12% on $33,539.70; Claim# 8; Filed: $33,539.70; Reference: | 7100-000 | | 377.36 | 431.89 |
| 01/23/13 | 11014 | American Express Centurion Bank | Dividend paid  1.12% on $4,086.54; Claim# 9; Filed: $4,086.54; Reference: | 7100-000 | | 45.98 | 385.91 |
| 01/23/13 | 11015 | American Express Bank FSB | Dividend paid  1.12% on $1,268.47; Claim# 10; Filed: $1,268.47; Reference: | 7100-000 | | 14.27 | 371.64 |
| 01/23/13 | 11016 | American Express Centurion Bank | Dividend paid  1.12% on $33,031.45; Claim# 11; Filed: $33,031.45; Reference: | 7100-000 | | 371.64 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,970.47 | 5,970.47 | $0.00 |
| Less: Bank Transfers | | 5,970.47 | 0.00 | |
| **Subtotal** | | 0.00 | 5,970.47 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$5,970.47** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-06864-BWB

**Case Name:** MECHER, JACK J
MECHER, JENNIFER

**Taxpayer ID #:** **-***2699

**Period Ending:** 10/02/15

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)

**Bank Name:** Rabobank, N.A.

**Account:** ******0667 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/13 | {16} | TOM VAUGHN | PAYMENT ON UNSECURED CLAIM FILED | 1249-000 | 585.22 | | 585.22 |
| 12/10/13 | {16} | TOM VAUGHN | PAYMENT ON UNSECURED CLAIM IN SAPP ESTATE | 1249-000 | 1,170.45 | | 1,755.67 |
| 02/12/14 | {16} | TOM VAUGHN | UNSECURED CLAIM  PAYMENT | 1249-000 | 1,613.04 | | 3,368.71 |
| 03/11/14 | {16} | TOM VAUGHN | UNSECURED CLAIM PAYMENT | 1249-000 | 735.21 | | 4,103.92 |
| 05/02/14 | {16} | TOM VAUGHN | UNSECURED CLAIM PAYMENT | 1249-000 | 1,720.35 | | 5,824.27 |
| 06/02/14 | {16} | TOM  VAUGHN | PAYMENT ON UNSECURED CLAIM FILED IN CH 13 OF YVETTE SAPP | 1249-000 | 707.31 | | 6,531.58 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-06864, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 6.22 | 6,525.36 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-06864, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -6.22 | 6,531.58 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-06864, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 6.33 | 6,525.25 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-06864, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -6.33 | 6,531.58 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-06864, BOND NUMBER 10BSBGR6291 | 2300-000 | | 6.22 | 6,525.36 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,531.58 | 6.22 | **$6,525.36** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 6,531.58 | 6.22 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,531.58** | **$6.22** | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-06864-BWB |
| Case Name: | MECHER, JACK J |
| | MECHER, JENNIFER |
| Taxpayer ID #: | **-***2699 |
| Period Ending: | 10/02/15 |

| | |
|---|---|
| Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0667 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 12,781.65 | |
| Net Estate : | $12,781.65 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******19-65 | 6,250.07 | 279.60 | 0.00 |
| Checking # ****-******19-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******0665 | 0.00 | 5,970.47 | 0.00 |
| Checking # ******0667 | 6,531.58 | 6.22 | 6,525.36 |
| | $12,781.65 | $6,256.29 | $6,525.36 |

{} Asset reference(s)

Printed: 10/02/2015 08:15 AM    V.13.23

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 25, 2008

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 08-06864-BWB | | | Page: 1 | | **Date:** October 2, 2015 | |
| **Debtor Name:** MECHER, JACK J | | | | | **Time:** 08:15:23 AM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 200 | Clerk Of The U.S. Bankruptcy Court<br><br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | Reopening Fee | $260.00 | $0.00 | 260.00 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>1900 RAVINIA PLACE<br>ORLAND PARK, IL 60462 | Admin Ch. 7 | | $1,503.16 | $850.00 | 653.16 |
| ADMIN2 200 | Clerk Of The U.S. Bankruptcy Court<br><br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | | $150.00 | $150.00 | 0.00 |
| ADMIN3 200 | INNOVALAW, PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $2,975.00 | $2,975.00 | 0.00 |
| ADMIN4 200 | INNOVALAW, PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $50.75 | $50.75 | 0.00 |
| 1 610 | Discover Bank / DFS Services LLC<br>POB 3025<br>New Albany, OH 43054 | Unsecured | | $6,566.83 | $73.88 | 6,492.95 |
| 2 610 | Discover Bank / DFS Services LLC<br>POB 3025<br>New Albany, OH 43054 | Unsecured | | $13,760.12 | $154.82 | 13,605.30 |
| 3 610 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#ROPS05<br>1850 E Paris SE<br>Grand Rapids, MI 49546 | Unsecured | | $10,521.79 | $118.38 | 10,403.41 |
| 4 -2 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $6,433.16 | $72.38 | 6,360.78 |
| 5 -2 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $25,180.83 | $283.31 | 24,897.52 |
| 6 -2 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $12,986.16 | $146.11 | 12,840.05 |
| 7 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $25,472.25 | $286.59 | 25,185.66 |
| 8 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $33,539.70 | $377.36 | 33,162.34 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 25, 2008

**Case Number:** 08-06864-BWB    Page: 2    **Date:** October 2, 2015
**Debtor Name:** MECHER, JACK J    **Time:** 08:15:23 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|-------------------------|------------|------------------------|----------------|--------------|---------------|
| 9<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,086.54 | $45.98 | 4,040.56 |
| 10<br>610 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,268.47 | $14.27 | 1,254.20 |
| 11<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $33,031.45 | $371.64 | 32,659.81 |
| **<< Totals >>** | | | | 177,786.21 | 5,970.47 | 171,815.74 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-06864-BWB
Case Name: MECHER, JACK J
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                               $           6,525.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:        $           0.00
Remaining balance:                            $           6,525.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,503.16 | 850.00 | 653.16 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 2,975.00 | 2,975.00 | 0.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 50.75 | 50.75 | 0.00 |
| Charges, U.S. Bankruptcy Court | 410.00 | 150.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:     $           913.16
Remaining balance:                                          $           5,612.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $           0.00
Remaining balance:                                             $           5,612.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,612.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 172,847.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank / DFS Services LLC | 6,566.83 | 73.88 | 213.23 |
| 2 | Discover Bank / DFS Services LLC | 13,760.12 | 154.82 | 446.78 |
| 3 | Fifth Third Bank | 10,521.79 | 118.38 | 341.63 |
| 4 -2 | CHASE BANK USA, NA | 6,433.16 | 72.38 | 208.88 |
| 5 -2 | CHASE BANK USA, NA | 25,180.83 | 283.31 | 817.60 |
| 6 -2 | CHASE BANK USA, NA | 12,986.16 | 146.11 | 421.65 |
| 7 | PYOD LLC its successors and assigns as assignee of | 25,472.25 | 286.59 | 827.06 |
| 8 | PYOD LLC its successors and assigns as assignee of | 33,539.70 | 377.36 | 1,089.00 |
| 9 | American Express Centurion Bank | 4,086.54 | 45.98 | 132.68 |
| 10 | American Express Bank FSB | 1,268.47 | 14.27 | 41.19 |
| 11 | American Express Centurion Bank | 33,031.45 | 371.64 | 1,072.50 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,612.20 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**